# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

149078

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 149078
                                      COA: 308101
                                      Wayne CC: 11-003373-FC

DERRICO DEVON SEARCY,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 27, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



t0721

                                   Clerk